NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TITANIUM, LLC, DBA DRESS UP BOLTS,**
*Appellant*

**v.**

**ZSPEC DESIGN LLC,**
*Appellee*

---

2025-1071

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92079042.

---

**JUDGMENT**

---

ANDREW CONNORS, Darkhorse Law PLLC, Lynchburg, VA, argued for appellant. Also represented by JACOB PRESTON EAST.

TODD WENGROVSKY, Law Offices of Todd Wengrovsky, PLLC., Calverton, NY, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CUNNINGHAM and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2026
Date

Jarrett B. Perlow
Clerk of Court